AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Scott Owen Johnson
_____
Plaintiff

V.

Delaware State Police troop #2 / Joe Doe troopers
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 - 485

I, Scott O. Johnson _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
AUG - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration  H.R.Y.C.I.

    **Inmate Identification Number (Required):** 191747

    Are you employed at the institution? NO    Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | | Yes | No |
    |---|---|---|---|---|
    | a. | Business, profession or other self-employment | | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | | ☑ Yes | ☐ No |
    | f. | Any other sources | | ☐ Yes | ☐ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

    250.00 Gifts / receive 0.00

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes" state the total amount $ 0.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   
   ☐ Yes    ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   J_ E  (Father) None
   T_ , Jr (Father) None

   I declare under penalty of perjury that the above information is true and correct.

   7-31-07                       Scott Quinn Johnn [signature]
   DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
07/11/07 10:54
ST 007 / OPR SJW

SBI             : 191747
Resident Name   : JOHNSON, SCOTT O
Time Frame      : 02/11/2007 09:11 - 07/11/2007 10:54              07-485

------------------------------------------------------------------------------------
Date          Time      Type              ST    OPR    Receipt #     Amount   Balance
------------------------------------------------------------------------------------

02/26/2007    10:01     Add               4     CAR    D64362         50.00     50.08
02/26/2007    10:01     Add               4     CAR    D64363         50.00    100.08
02/27/2007    06:32     Order             2     AFC    B157119        59.09     40.99
02/28/2007    11:53     Rec Payment       6     kjg    F26197          1.17     39.82
03/01/2007    10:11     Credit            11    AFC    K3082           3.40     43.22
03/02/2007    15:16     Rec Payment       10    bsp    J8608           2.50     40.72
03/05/2007    12:58     Order             2     DDT    B157987        31.11      9.61
03/07/2007    11:42     Rec Payment       10    bsp    J8651           1.00      8.61
03/07/2007    11:46     Rec Payment       10    bsp    J8660           0.75      7.86
03/08/2007    08:11     Rec Payment       10    bsp    J8687           0.75      7.11
03/08/2007    08:22     Rec Payment       10    bsp    J8690           6.75      0.36
03/14/2007    06:25     Order             2     DDT    B159331         0.26      0.10
05/07/2007    10:18     Add               4     CAR    D68395         15.00     15.10
05/07/2007    14:43     Rec Payment       6     kjg    F28783         10.92      4.18
05/07/2007    15:38     Rec Payment       6     kjg    F28784          0.39      3.79
05/08/2007    11:18     Rec Payment       6     kjg    F28800          0.39      3.40
05/11/2007    15:18     Rec Payment       10    bsp    J10092          0.45      2.95
05/14/2007    05:56     Order             2     DDT    B167478         2.73      0.22
05/31/2007    11:48     Add               4     gmw    D69779         22.00     22.22
06/01/2007    14:42     Rec Payment       7     SJW    G11543          0.41     21.81
06/01/2007    14:50     Rec Payment       7     SJW    G11547          0.41     21.40
06/04/2007    09:44     Add               4     CAR    D69930         70.00     91.40
06/05/2007    09:41     Order             2     DDT    B170950        52.78     38.62
06/08/2007    09:35     Rec Payment       7     SJW    G11574          0.41     38.21
06/08/2007    09:45     Rec Payment       7     SJW    G11577          0.41     37.80
06/08/2007    09:48     Rec Payment       7     SJW    G11578          0.41     37.39
06/12/2007    10:36     Order             2     DDT    B171987        25.95     11.44
06/14/2007    10:20     Rec Payment       10    bsp    J10634          1.00     10.44
06/19/2007    08:39     Order             2     DDT    B172939        10.33      0.11
```



FILED
AUG -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE