(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Scott O. Johnson #191747
(Name of Plaintiff)   (Inmate Number)

1301 E. 12Th P.O. Box 9561 Wilm, Del 19809
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

07-485
(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

CIVIL COMPLAINT

(1) Delaware State Police troop#2
(2) John Doe (state trooper)
(3) John Doe (state trooper)
(Names of Defendants)

☑ Jury Trial Requested

FILED
AUG -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____
_____

Form To Be Used BY a Prisoner in Filing a complaint Under THE Civil Rights Act 42, U.S.C. 1983

(Additional Name of Defendant(s))

(4) John Doe (state Trooper)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Contacted Delaware State police internal Affaires Unit Dover, Delaware

2. What was the result? Sent letter to plaintiff indicating that there was No basis to proceed with an investigation

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Delaware State Police Troop #2
Employed as Delaware State Police at Troop #2 Newark Delaware
Mailing address with zip code: Delaware State Police troop #2 100 langrange Ave Newark, Delaware 19702

(2) Name of second defendant: John Doe (to be amended upon receipt of Discovery material) Delaware
Employed as State Police trooper at Delaware State Police troop#2
Mailing address with zip code: 100 langrange Ave Newark, Delaware 19702

(3) Name of third defendant: John Doe (to be amended upon receipt of Discovery material)
Employed as Delaware State Police trooper at Delaware State Police troop#2
Mailing address with zip code: 100 langrange Ave Newark, Delaware 19702

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Delaware State Police troop #2 are the employers of the defendants who are involved in the ordering of the plaintiff being strip searched in a public place in the daytime at the Hollywood motel located on Rt. 13 S. Dupont Hwy. New Castle Delaware while other pedestrians/witnesses observed

2. John Doe is willing participant to (3) And (4) and participed in the ordering of the removal of plaintiffs clothing including date And location As listed Above. This defendant is employed by Delaware state Police troop #2

3. John Doe is a willing participant to plaintiffs complaint Against other defendants including All facts location And dates as listed above. And is employed by Delaware State Police troop #2

4.) John Doe is A willing participant to plaintiffs complaint Against other defendants including All Facts location and dates As listed Above And is Also employed At Delaware State troop #2

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To compensate plaintiff for All damages incurred by the defendants in the amount of 300,000 dollars

3

2. Have independant investigation coducted on officers involved And to interview All witnesses involved ~~also~~ to be caued to Court to testify As to what they Saw.

3. Have legal Counsel appointed for plaintiff/TO Amend complaint At any time After discovery information is produce or New information is founded

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31ST__ day of __July__, 20__07__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Certificate of Service

I, Scott O. Johnson, hereby certify that I have served a true and correct copy of 42 U.S.C. 1983 complaint upon the following party, on the 31st, day of July 2007

Clerk of Court
United States District Court
Lockbox 18
844 Kings Street
Wilmington, Delaware 19801

Delaware State Police troop #2
100 langrange Ave
Newark, Delaware 19702

John Doe (1)
Delaware State Police troop #2
100 langrange Ave
Newark, Delaware 19702

John Doe (2)
Delaware State Police troop #2
100 langrange Ave
Newark, Delaware 19702

John Doe (3)
Delaware State Police troop #2
100 langrange Ave
Newark, Delaware 19702

7-31-07
Date Singed

_Scott Owen Johnson_
Signature of Movant

Scott O. Johnson #191747 2y#5
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809



Clerk Of Court (Office Of The Clerk)
United States District Court
District Of Delaware
Lockbox 18
844 King Street
Wilmington, Delaware 19801

U.S.M.S.
X-RAY

Legal Mail