IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT O. JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-485-JJF |
| DELAWARE STATE POLICE TROOP, #2, et al., | : |
| Defendants. | : |

## O R D E R

WHEREAS, Plaintiff Scott O. Johnson filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed without prepayment of fees, and on September 24, 2007, entered an Order requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this 16 day of November, 2007, IT IS HEREBY ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

UNITED STATES DISTRICT JUDGE